IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

UNITED STATES OF AMERICA

v.  Case No. 3:24-cv-322-MPM-RP

KINA LOVE

## DEFAULT JUDGMENT

The Defendant, Kina Love, having failed to appear, plead or otherwise defend in this action, and default having been entered on January 28, 2025, [Dkt. 6], and counsel for Plaintiff having requested judgment against the defaulted Defendant and having filed a proper motion and declaration in accordance with Federal Rule of Civil Procedure 55 (a) and (b);

Judgment is hereby entered in favor of Plaintiff United States of America and against Defendant Kina Love, in the amount of $140, 421.60, plus a separate filing fee of $405.00 to the Clerk of Court.

This the 5th day of February, 2025.

__s/ David Crews_____
BY:    Clerk of Court by LGM